1  Brian S. Kabateck, SBN 152054
   Christopher B. Noyes, SBN 270094
2  Benjamin S. Hakimfar, SBN 287457
   **KABATECK BROWN KELLNER LLP**
3  644 South Figueroa Street
   Los Angeles, CA  90017
4  Telephone:  (213) 217-5000
   Facsimile:  (213) 217-5010
5      Attorneys for Plaintiffs

6
   Dana Alden Fox, SBN 119761
7  Michael S. Moss, SBN 211115
   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
8  633 West 5th Street, Suite 4000
   Los Angeles, CA 90071
9  Telephone:  (213) 580-7923
   Facsimile:   (213) 250-7900
10     Attorneys for Defendants Tulare County
        Sheriff and County of Tulare
11

12 Gary L. Logan, SBN 90558
   **LEBEAU-THELEN LLP**
13 50001 E Commercenter Dr., Suite 300
   Bakersfield, California 93309
14 Telephone:  (661) 325-8962
   Facsimile:   (661) 325-1127
15     Attorneys for Defendant William Nulick

16
                     **UNITED STATES DISTRICT COURT**
17
                     **EASTERN DISTRICT OF CALIFORNIA**
18

19 | MARIA R., an individual; KARI R., an individual; VICKY P., an individual; NATASHA P., an individual; | CASE NO. 1:15-cv-01378 JAM EPG  Magistrate Judge Erica P. Grojean |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO CONTINUE THE PRETRIAL EXPERT WITNESS DISCLOSURE DEADLINE** |
| vs. | |
| WILLIAM NULICK, an individual; TULARE COUNTY SHERIFF, a California governmental entity; COUNTY OF TULARE, a California governmental entity;  and DOES 1 to 50, inclusive, | Action Filed: September 9, 2015  Trial Date:     March 20, 2017 |
| Defendants. | |

4812-7001-3751.1                            1
                  STIPULATION AND [PROPOSED] ORDER

**WHEREAS**, Plaintiffs MARIA R., KARI R., VICKY P., and NATASHA P. (hereinafter "Plaintiffs"), and Defendants WILLIAM NULICK, COUNTY OF TULARE and TUALRE COUNTY SHERIFF ("Defendants"), by and through their undersigned attorneys, submitted their joint report on December 24, 2015, pursuant to Fed. R. Civ. P. 26(f), and this Court's Order of September 10, 2015.

**WHEREAS**, pursuant to this Court's order of December 28, 2015, the parties are to disclose their Expert Witness(es) on September 9, 2016 and for all parties to disclose their Supplemental Expert Witness(es) on September 16, 2016;

**WHEREAS**, plaintiff, Maria Rangel's deposition was timely noticed for August 16, 2016 and was continued to September 9, 2016 at the request of counsel for the plaintiffs in consideration of a scheduling conflict on the part of Maria Rangel;

**IT IS HEREBY STIPULATED**, pursuant to Local Rules 143 and 230(f), by and between Plaintiffs and Defendants, through their respective attorneys of records, that all parties are to serve their disclosure of Expert Witness(es) by the close of business November 18, 2016 and are to serve the disclosure of their Supplemental Expert Witness(es) by the close of business on December 2, 2016.

DATED:  August 26, 2016		**KABATECK BROWN KELLNER LLP**

					By: s/ Christopher B. Noyes
					Attorneys for Plaintiffs


DATED:  August 26, 2016		**LEWIS BRISBOIS BISGAARD & SMITH LLP**

					By: s/ Michael S. Moss
					    Dana Alden Fox
					    Michael S. Moss
					Attorneys for Defendants Tulare County
					Sheriff and County of Tulare


DATED:  August 26, 2016		**LEBEAU-THELEN LLP**

					By: s/ Gary L. bLogan
					    Gary Logan
					Attorneys for Defendants William Nulick

# **ORDER**

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**, all parties are to serve their disclosure of Expert Witness(es) by the close of business November 18, 2016; all parties are to serve the disclosure of their Supplemental Expert Witness(es) by the close of business on December 2, 2016.

Dated:  8/29/2016                             /s/ John A. Mendez_____
                                                            Judge of the United States District Court