Brian S. Kabateck, SBN 152054
Christopher B. Noyes, SBN 270094
Benjamin S. Hakimfar, SBN 287457
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, CA  90017
Telephone:  (213) 217-5000
Facsimile:  (213) 217-5010
   Attorneys for Plaintiffs

Dana Alden Fox, SBN 119761
Michael S. Moss, SBN 211115
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
633 West 5th Street, Suite 4000
Los Angeles, CA 90071
Telephone:  (213) 580-7923
Facsimile:  (213) 250-7900
   Attorneys for Defendants Tulare County
   Sheriff and County of Tulare

Gary L. Logan, SBN 90558
**LEBEAU-THELEN LLP**
50001 E Commercenter Dr., Suite 300
Bakersfield, California 93309
Telephone:  (661) 325-8962
Facsimile:  (661) 325-1127
   Attorneys for Defendant William Nulick

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA R., an individual; KARI R., an individual; VICKY P., an individual; NATASHA P., an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM NULICK, an individual; TULARE COUNTY SHERIFF, a California governmental entity; COUNTY OF TULARE, a California governmental entity;  and DOES 1 to 50, inclusive,<br>Defendants. | CASE NO. 1:15-cv-01378 – JAM -EPG<br>Magistrate Judge Erica P. Grojean<br><br>**STIPULATION AND ORDER TO CONTINUE THE DISCOVERY COMPLETION DEADLINE**<br><br>Action Filed:  September 9, 2015<br>Trial Date:      March 20, 2017 |

**WHEREAS**, Plaintiffs MARIA R., KARI R., VICKY P., and NATASHA P. (hereinafter "Plaintiffs"), and Defendants WILLIAM NULICK, COUNTY OF TULARE and TUALRE COUNTY SHERIFF ("Defendants"), by and through their undersigned attorneys, submitted their joint report on December 24, 2015, pursuant to Fed. R. Civ. P. 26(f), and this Court's Order of September 10, 2015.

**WHEREAS**, pursuant to this Court's order of December 28, 2015, all discovery, including resolution of any discovery disputes, must be completed by November 11, 2016;

**WHEREAS**, the parties are currently in the process of discovery and discovery responses from Defendants COUNTY OF TULARE and TUALRE COUNTY SHERIFF are not to be served until mid-October;

**IT IS HEREBY STIPULATED**, pursuant to Local Rules 143 and 230(f), by and between Plaintiffs and Defendants, through their respective attorneys of records, that the Discovery Completion Deadline be continued to December 12, 2016.

/ / /

/ / /

DATED: September 1, 2016     **KABATECK BROWN KELLNER LLP**

By: s/ Christopher B. Noyes
Attorneys for Plaintiffs

DATED: September 1, 2016     **LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: s/ Michael S. Moss
Dana Alden Fox
Michael S. Moss
Attorneys for Defendants Tulare County Sheriff and County of Tulare

DATED: September 1, 2016     **LEBEAU-THELEN LLP**

By: s/ Gary L. Logan
Gary Logan
Attorneys for Defendants William Nulick

# ORDER

Based upon the stipulation of the parties, **IT IS HEREBY ORDERED**, all discovery shall be completed by the close of business on December 12, 2016.

Dated: 9/1/2016               /s/ John A. Mendez_____
                              Judge of the United States District Court