BRIAN S. KABATECK (SBN 152054)
bsk@kbklawyers.com
CHRISTOPHER B. NOYES (SBN 270094)
cn@kbklawyers.com
BENJAMIN S. HAKIMFAR (SBN 287457)
bh@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, CA 90017
Tel:  213-217-5000
Fax:  213-217-5010

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIA R., an individual; KARI R., an individual; VICKY P., an individual; NATASHA P., an individual;<br><br>  Plaintiffs,<br><br>  vs.<br><br>WILLIAM NULICK, an individual; TULARE COUNTY SHERIFF,  a California governmental entity; COUNTY OF TULARE, a California governmental entity; and DOES 1 to 50, inclusive,<br><br>  Defendants. | CASE NO. 1:15-cv-01378-JAM-EPG<br>Honorable John A. Mendez<br>Magistrate Judge Erica P. Grosjean<br><br>**ORDER GRANTING PLAINTIFF MARIA R.'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS, SET ONE**<br><br>[DISCOVERY MATTER]<br>[Fed. R. Civ. P. 37]<br><br>Hearing Date: December 8, 2016<br>Hearing Time: 10:00 a.m.<br>Hearing Place: Courtroom 10<br><br>Action Filed:  September 9, 2015<br>Trial Date:  March 20, 2017 |

/ / /

/ / /

Having considered Plaintiff MARIA R.'s Motion to Compel the production of documents, filed November 21, 2016, and all arguments in opposition thereto, the Court hereby orders as follows:

1. Defendant TULARE COUNTY SHERIFF shall produce, by the close of business on December 22, 2016, all documents relating to any and all documentation reports for all searches performed by Defendant NULICK between September 25, 2011 and October 1, 2012 as required by Tulare County Sheriff's Department Policy Manual, Policy 322.5 DOCUMENTATION.

2. Defendant TULARE COUNTY SHERIFF shall produce, by the close of business on December 22, 2016, all documents relating to any and all supervisors review of Defendant NULICK's documentation reports for all searches performed by Defendant NULICK between September 25, 2011 and October 1, 2012 as required by Tulare County Sheriff's Department Policy Manual, Policy 322.5 DOCUMENTATION.

IT IS SO ORDERED.

Dated:   **December 12, 2016**         /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE