Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Douglas A. Rochen (SBN 217231)
dar@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, CA 90017
Tel:  213-217-5000

Attorneys for Plaintiff

Michael Steven Moss (SBN 211115)
michael.moss@lewisbrisbois.com
Dana Alden Fox, (SBN 119761)
fox@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 West 5th Street , Suite 4000
Los Angeles, CA 90071
Telephone No.:  (213) 580-7923

Attorneys for Defendants County of Tulare and Tulare County Sheriff

Gary Logan (SBN 90558)
glogan@lebeauthelen.com
**LEBEAU-THELEN, LLP**
5001 E Commercenter Dr, Ste 300
Bakersfield, CA 93309
Telephone No.:  (661) 325-8962

Attorneys for Defendant William Nulick

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R., an individual; KARI R., an individual; VICKY P., an individual; NATASHA P., an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM NULICK, an individual; TULARE COUNTY SHERIFF,  a California governmental entity; COUNTY OF TULARE, a California governmental entity; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 1:15-cv-01378---JAM(EPG)<br>Honorable John A. Mendez<br>Magistrate Judge Erica P. Grosjean<br><br>**STIPULATION AND ORDER RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed:     September 9, 2015<br>Trial Date:        March 20, 2017 |

- 1 -
STIPULATION AND [PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above-identified action, through their respective counsel, hereby agree and stipulate to the dismissal of the entire action, with prejudice, and with each party to bear their own costs. The parties have reached a settlement on all claims.

| | |
|---|---|
| **DATED:** March 31, 2017 | **KABATECK BROWN KELLNER, LLP** |
| | By:_____<br>Douglas A. Rochen<br>Attorney for Plaintiffs<br>644 S. Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: 213-217-5000 |
| **DATED:** March 31, 2017 | **LEWIS BRISBOIS BISGAARD & SMITH, LLP**<br><br>By:_____<br>Michael Moss<br>Attorneys for Defendants County of Tulare and Tulare County Sheriff<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA 90071<br>Telephone No.:  (213) 580-7923 |
| **DATED:** March 31, 2017 | **LEBEAU-THELEN, LLP**<br><br>By:_____<br>Gary Logan<br>Attorneys for Defendant William Nulick<br>5001 E Commercenter Dr, Ste 300<br>Bakersfield, CA 93309<br>Telephone No.:  (661) 325-8962 |

Brian S. Kabateck (SBN 152054)
bsk@kbklawyers.com
Douglas A. Rochen (SBN 217231)
dar@kbklawyers.com
**KABATECK BROWN KELLNER LLP**
644 South Figueroa Street
Los Angeles, CA 90017
Tel:  213-217-5000

Attorneys for Plaintiffs

Michael Steven Moss (SBN 211115)
michael.moss@lewisbrisbois.com
Dana Alden Fox, (SBN 119761)
fox@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
633 West 5th Street , Suite 4000
Los Angeles, CA 90071
Telephone No.:  (213) 580-7923

Attorneys for Defendants County of Tulare and Tulare County Sheriff

Gary Logan (SBN 90558)
glogan@lebeauthelen.com
**LEBEAU-THELEN, LLP**
5001 E Commercenter Dr, Ste 300
Bakersfield, CA 93309
Telephone No.:  (661) 325-8962

Attorneys for Defendant William Nulick

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA R., an individual; KARI R., an individual; VICKY P., an individual; NATASHA P., an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM NULICK, an individual; TULARE COUNTY SHERIFF, a California governmental entity; COUNTY OF TULARE, a California governmental entity; and DOES 1 to 50, inclusive,<br><br>Defendants. | CASE NO. 1:15-cv-01378---JAM(EPG)<br>Honorable John A. Mendez<br>Magistrate Judge Erica P. Grosjean<br><br>**ORDER RE: VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Action Filed:     September 9, 2015<br>Trial Date:        March 20, 2017 |

- 1 -
[PROPOSED] ORDER GRANTING VOLUNTARY DISMISSAL OF ACTION

**TO THE COURT AND ALL ATTORNEYS OF RECORD:**

Pursuant to Rule 41(A)(1)(ii), Plaintiffs MARIA R., an individual; KARI R., an individual; VICKY P., an individual; NATASHA P., ("Plaintiffs") and Defendants County of Tulare, Tulare County Sheriff and William Nulick ("Defendants") filed a Stipulation for Voluntary Dismissal of the above-styled action, with each party to bear their own costs and expenses.

Plaintiff's above-styled action, *Maria R. et al. v. Nulick, et al*, Case No. 1:15-cv-01378---JAM(EPG), is accordingly dismissed with prejudice. Each party shall be responsible for their own costs and expenses.

**IT IS SO ORDERED.**

Dated:  3/31/2017                                                  /s/ John A. Mendez_____
                                                                             United States District Court Judge